ANDERSON, Circuit Judge,
concurring:
I join the opinion for the court. In addition, I note that affirmance is also required for a separate and independent reason — i.e., the record reveals an absence of evidence that the performance of defendant’s trial counsel was deficient under Strickland v. Washington, 466 U.S. 668, 104 S.Ct. 2052, 80 L.Ed.2d 674 (1984). There is on the face of the voir dire record a race-neutral reason for the prosecutor’s strike of Ms. Edlow. Moreover, that record also reveals a good reason why the defense counsel might not have wanted to object to the strike. Finally, Price has adduced no evidence of deficient performance, and has failed to preserve any possible error with respect to the failure to hold an evidentiary hearing.